IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| HANOVER INSURANCE GROUP, doing business as Hanover Insurance Company,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ASPEN AMERICAN INSURANCE COMPANY, HENDRICKSON LAW FIRM, P.C., KEVIN SWEENEY, TGC, LP,<br><br>　　　　　　Defendants. | CV 20-56-BLG-SPW-TJC<br><br>**ORDER** |

　　Defendant Aspen American Insurance Company ("Aspen") moves for the admission of Richard D. Hoffman to practice before this Court in this case with Marshal L. Mickelson to act as local counsel. (Doc. 13.) Mr. Hoffman's application appears to be in order.

　　Accordingly, IT IS HEREBY ORDERED that Aspen's motion to admit Richard D. Hoffman pro hac vice is GRANTED on the condition that Mr. Hoffman shall do his own work. This means that Mr. Hoffman must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-

ECF").  Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Hoffman, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 21st day of August, 2020.

                                                  _____
                                                TIMOTHY J. CAVAN
                                                United States Magistrate Judge