IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| HANOVER INSURANCE GROUP, doing business as Hanover Insurance Company,<br><br>Plaintiff,<br><br>vs.<br><br>ASPEN AMERICAN INSURANCE COMPANY, HENDRICKSON LAW FIRM, P.C., KEVIN SWEENEY, TGC, LP,<br><br>Defendants. | CV 20-56-BLG-SPW-TJC<br><br>**ORDER** |

Defendant Aspen American Insurance Company ("Aspen") moves for the admission of Michelle N. Khoury to practice before this Court in this case with Marshal L. Mickelson to act as local counsel. (Doc. 14.) Ms. Khoury's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Aspen's motion to admit Michelle N. Khoury pro hac vice is GRANTED on the condition that Ms. Khoury shall do her own work. This means that Ms. Khoury must do her own writing, sign her own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-

ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Khoury, within fifteen (15) days of the date of this Order, files a pleading acknowledging her admission under the terms set forth above.

DATED this 21st day of August, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge