IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| HANOVER INSURANCE GROUP, doing business as Hanover Insurance Company,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ASPEN AMERICAN COMPANY, HENDRICKSON LAW FIRM, P.C., KEVIN SWEENEY, TGC, LP,<br><br>　　　　　Defendants. | CV 20-56-BLG-SPW-TJC<br><br>**ORDER** |

　　　The Preliminary Pretrial Conference set in this matter for October 1, 2020 was VACATED based upon the undersigned's recusal. The Preliminary Pretrial Conference will be rescheduled following reassignment of the case.

　　　DATED this 1st day of October, 2020.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　TIMOTHY J. CAVAN
　　　　　　　　　　　　　　　　　United States Magistrate Judge