UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| HANOVER INSURANCE GROUP, d/b/a HANOVER INSURANCE COMPANY,<br><br>  Plaintiff and Counter Defendant,<br><br>vs.<br><br>ASPEN AMERICAN INSURANCE COMPANY, HENDRICKSON LAW FIRM, P.C.; KEVIN SWEENEY; and TGC, L.P., a limited partnership,<br><br>Defendants and Counter Claimants,<br><br>and<br><br>HENDRICKSON LAW FIRM, P.C.; and ASPEN AMERICAN INSURANCE,<br><br>  Cross-Claimants and Cross-Defendants,<br><br>vs.<br><br>ASPEN AMERICAN INSURANCE COMPANY,<br><br>Cross-Defendants and Cross-Claimants. | Case No. CV-20-56 -BLG-DWM<br><br>JUDGMENT IN A CIVIL CASE |

This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered as stated in the Courts Order Document E.C.F. 93.

Dated this 25th day of August, 2021.

        TYLER P. GILMAN, CLERK

        By: /s/ E.Hamnes
        E.Hamnes , Deputy Clerk